**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Mohammed Shafiuddin | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 CV 2416 |
| | ) | |
| NorthShore University HealthSystem and | ) | |
| Triton College | ) | Hon. Sidney I. Schenkier |
| | ) | |
| | ) | |
| Defendants. | ) | |

### <u>Notice of Agreed Motion To Dismiss Triton College As A Defendant</u>

PLEASE TAKE NOTICE that on Tuesday, July 20, 2010, at 8:30 a.m. or as soon as counsel may be heard, we shall appear before the Honorable Sidney I. Schenkier, or any judge sitting in his stead, at the United States Courthouse, Room 1700, 219 South Dearborn Street, Chicago Illinois, and present the AGREED MOTION TO DISMISS TRITON COLLEGE AS A DEFENDANT.

July 12, 2010            _/s/  Fitzgerald T. Bramwell_____

Fitzgerald T. Bramwell
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
312-407-0895 (voice)
312-407-0411 (fax)
fitzgerald.bramwell@skadden.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the Notice of Motion of Agreed Motion To Dismiss Triton College As A Defendant to be served through the CM/ECF system on July 12, 2010 on:

Joan E. Gale
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
jgale@seyfarth.com

Daniel Edward Cannon
Kusper & Raucci, Chartered
30 North LaSalle Street
Suite 3400
Chicago, IL 60602
dec@kusperraucci.com

Aleka Lenette Jones
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
312 460 5543
ajones@seyfarth.com

_/s/  Fitzgerald T. Bramwell___
Fitzgerald T. Bramwell