**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Mohammed Shafiuddin

                                          Plaintiff,

v.                                                                         Case No.: 1:09–cv–02416
                                                                        Honorable Sidney I. Schenkier

NorthShore University HealthSystem, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 19, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:Agreed motion to dismiss defendant NorthShore [54] is granted; no appearance on the motion is required. The case is dismissed as to NorthShore with prejudice and with each side to bear its fees and costs. All claims have now been dismissed as to all defendants in this case. Accordingly, the case is terminated; the status hearing set for 07/28/10 is stricken.Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.